# EXHIBIT A

Case 6:16-cv-01917-CEM-GJK   Document 18-1   Filed 04/03/17   Page 1 of 4 PageID 58

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

**THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE** ("Agreement") is made and entered into by Shyleen Soto Fontanez and Eastern US Trading Company, Inc.

**WHEREAS,** Shyleen Soto Fontanez instituted a suit in the United States District Court for the Middle District of Florida against Eastern US Tradings Company, Inc., bearing Case No. 6:16-CV-1917 seeking damages arising from her prior employment with the Defendant based on alleged violations of the Fair Labor Standards Act and other matters; and,

**WHEREAS,** the Defendant has disputed liability; and

**WHEREAS,** in an effort to avoid the expense and uncertainty of litigation and to otherwise avoid any further proceedings, the Parties wish to resolve the issues raised in the above referenced litigation, as well as all other claims which may exist between them;

**NOW, THEREFORE,** in consideration of the premises and mutual promises contained herein, it is agreed as follows:

1. This agreement is not and shall not in any way be construed as an admission by any party of any wrongdoing. The parties have entered into this agreement for the sole purpose of resolving the aforementioned civil litigation and any other claims which may exist between them and to avoid the burden, expense, delay and uncertainties of litigation.

2. Upon final payment as specified *infra*, all Parties, through their counsel, agree to file a Joint Stipulation for Dismissal with prejudice with the Court, which shall include all claims and all counterclaims which were or may have been brought. Should the Court require a motion to approve the compromise as a condition of dismissing the case, the parties will submit such motion. The Plaintiff's counsel agrees to hold all checks and funds until such time as the Court acknowledges dismissal of the case or such time as the Court approves a joint motion to approve the settlement agreement, whichever occurs first.

3. In consideration of this Agreement and in full and final settlement of any claims which were made by Shyleen Soto Fontanez in the aforementioned lawsuit, Eastern US Trading Company, Inc., shall no later than April 14, 2017 pay the sum of $1,500.00 to Shyleen Soto Fontanez;

4. In consideration of the General Release of Claims contained within this Agreement and in full and final settlement of any claims which could have been made by Shyleen Soto Fontanez, whether contingent or liquidated, asserted or unasserted, Eastern US Trading Company, Inc., shall no later than April 14, 2017 pay the sum of $500.00 to Shyleen Soto Fontanez;;

5. In addition to the foregoing sums, Eastern US Trading Company, Inc., shall no later than April 14, 2017 pay the sum of $2,500.00 to Wenzel Fenton Cabassa, P.A., representing full resolution of any claim for attorneys fees and costs incurred by the Plaintiff in the pending action described above;

6. In consideration and conditioned upon receipt of the payments described above, Shyleen Soto Fontanez does hereby release and forever discharge, Eastern US Trading Company, Inc., and all entities controlled or owned by any it, their predecessors, successors, assigns, affiliated companies, shareholders, administrators, partners, officers, directors, employees, agents and attorneys, from any and all claims or demands whatsoever, from the beginning of the world through the date of these presents, including without limitation all claims asserted or which could have been asserted in Case No. 6:16-CV-1917.

7. Except as otherwise agreed in Paragraph 5 of this Agreement, the parties shall bear their own attorney's fees and costs.

8 In consideration and conditioned upon receipt of the full payment of this agreement as described above, Shyleen Soto Fontanez agrees to keep the terms of this agreement confidential and to not disclose the terms of this agreement to any person or entity except their legal and financial advisors or as may be required by a court. In response to any inquiries Shyleen Soto Fontanez may state, by illustration, that "the case was resolved", "the case was settled", or words of similar force, effect and/or nature.

9. This agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any and all prior agreements or understandings between the parties pertaining to the subject matter hereof. This agreement may not be changed orally, and may only be modified in writing.

10. This Agreement shall be interpreted and construed under the laws of the State of Florida.

Settlement Agreement & General Release
Fontanez v. Eastern US Trading Company, Inc.
Page 2 of 2

11. In signing this agreement, all parties expressly warrant that they have read and fully understand it. All parties acknowledge that this agreement is voluntary and that no one is making or forcing either party to enter into it. All parties acknowledge that they have had an opportunity to and have consulted with an attorney before signing it.

12. This agreement may be executed simultaneously in counterparts each of which shall be deemed an original, but which collectively shall constitute one and the same instrument.

13. This agreement shall be interpreted in accordance with the plain meaning of its terms and not for or against the drafter.

14. All warranties, representations, terms, conditions, covenants, agreements and releases contained herein shall survive this Agreement. Should any provision of this Agreement be declared or be determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby, and said invalid parts, terms or provisions shall be deemed not a part of this Agreement.

15. This Agreement is entered into in the State of Florida, and its validity, construction, interpretation and administration shall be governed by the laws of the State of Florida.

16. In entering into this Agreement, all parties represent that they have relied upon the legal advice of their attorney, who is the attorney of their choice, and that the terms of this Agreement have been completely read and explained to them by their respective attorney, and that they fully understand and accept those terms.

17. All parties agree to cooperate fully, to execute any and all supplementary documents, and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Agreement.

18. This Agreement may be executed in any number of counter-parts. A facsimile shall be deemed an original for all purposes.

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates set forth below.

DocuSigned by:
_____
CDE5B7E138F0432...
Shyleen Soto Fontanez
Dated: March_____, 2017
3/28/2017




EASTERN US TRADING COMPANY, INC.


By: _____

Title: _____
Dated: March_____, 2017

Settlement Agreement & General Release
Fontanez v. Eastern US Trading Company, Inc.
Page 2 of 2

11. In signing this agreement, all parties expressly warrant that they have read and fully understand it. All parties acknowledge that this agreement is voluntary and that no one is making or forcing either party to enter into it. All parties acknowledge that they have had an opportunity to and have consulted with an attorney before signing it.

12. This agreement may be executed simultaneously in counterparts each of which shall be deemed an original, but which collectively shall constitute one and the same instrument.

13. This agreement shall be interpreted in accordance with the plain meaning of its terms and not for or against the drafter.

14. All warranties, representations, terms, conditions, covenants, agreements and releases contained herein shall survive this Agreement. Should any provision of this Agreement be declared or be determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby, and said invalid parts, terms or provisions shall be deemed not a part of this Agreement.

15. This Agreement is entered into in the State of Florida, and its validity, construction, interpretation and administration shall be governed by the laws of the State of Florida.

16. In entering into this Agreement, all parties represent that they have relied upon the legal advice of their attorney, who is the attorney of their choice, and that the terms of this Agreement have been completely read and explained to them by their respective attorney, and that they fully understand and accept those terms.

17. All parties agree to cooperate fully, to execute any and all supplementary documents, and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Agreement.

18. This Agreement may be executed in any number of counter-parts. A facsimile shall be deemed an original for all purposes.

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates set forth below.

_____
Shyleen Soto Fontanez
Dated: March ____, 2017


EASTERN US TRADING COMPANY, INC.

By: _____
Title: President
Dated: March 20, 2017